IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MARGARITO RAMOS,             )
                             )
          Plaintiff,         )        8:08CV25
                             )
     v.                      )
                             )
MICHAEL CHERTOFF, as Secretary)       ORDER
of the Department Homeland   )
Security; EMILIO GONZALEZ, as )
Director as the U.S.         )
Citizenship & Immigration    )
Services, CAROLINE PRATT,    )
Field Office Director of the )
U.S. Citizenship &           )
Immigration Services for     )
Omaha, Nebraska; and MICHAEL )
T. JAROMIN, District Director,)
District 15,                 )
                             )
          Defendants.        )
_____)
```

This matter is before the Court on plaintiff's voluntary dismissal (Filing No. 29). Pursuant thereto,

IT IS ORDERED that this action is dismissed.

DATED this 22nd day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court